## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

JARED M. QUEEN                                                                                     PLAINTIFF

V.                                          NO: 4:16CV00672 JM/PSH

RANDALL *et al*                                                                                    DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Jared M. Queen's claims against the Faulkner County Detention Center are DISMISSED WITH PREJUDICE.

DATED this 19th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE