# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JARED M. QUEEN                                                                    PLAINTIFF
#1017403

v.                                    No: 4:16-cv-00672 JM-PSH


JOHN RANDALL                                                                    DEFENDANT


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Randall's motion for summary judgment (Doc. No. 22) is GRANTED, and Queen's claims against him are DISMISSED WITH PREJUDICE.

2.      The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of January, 2018.


_____
UNITED STATES DISTRICT JUDGE